| **Criminal Case Cover Sheet** | | **U.S. District Court** |
|---|---|---|

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00088**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: __X__ Yes ____ No

Defendant Name _____Jae Hoan Seok_____

Alias Name _____

Address _____
_____Tamuning, GU_____

Birthdate _xx/xx/1979_ SS# ____ Sex _M_ Race _A_ Nationality _Korean_

**RECEIVED NOV 15 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

Interpreter: ____ No __X__ Yes   List language and/or dialect: _____Korean_____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 2 & 1028(a)(6) | Fraud In Connection w/Identification Documents | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _NOV 15 2006_   Signature of AUSA: _[signature]_