


AO 442 (Rev. 10/03) Warrant for Arrest

AUG - 6 2007

# UNITED STATES DISTRICT COURT

District of GUAM

JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA

V.

JAE HOAN SEOK

## WARRANT FOR ARREST

Case Number: CR-06-00088

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAE HOAN SEOK
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

RECEIVED
NOV 15 2006
US MARSHALS SERVICE-GUAM

FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

in violation of Title 18 United States Code, Section(s) 2 & 1028(a)(6)

ORIGINAL

| MARILYN B. ALCON | Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 11/15/2006 Hagatna, Guam |
| Title of Issuing Officer | Date Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

GUAM INTERNATIONAL AIRPORT TIJAN, GU

| DATE RECEIVED 11/15/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/4/07 | SA Wm. KLINE | [signature] |