

jaeseokuns

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00088 |
| Plaintiff, | |
| vs. | **APPLICATION TO UNSEAL RECORD** |
| JAE HOAN SEOK, | |
| Defendant. | |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that the defendant has been arrested and the investigation in this matter is now complete.

Respectfully submitted this 6th day of August 2007.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and NMI

By: _____
       KARON V. JOHNSON
       Assistant U.S. Attorney