PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO**: | Immigration and Customs Enforcement<br>Attn: Detention and Removal Operations<br>108 Hernan Cortez, Suite 100<br>Hagatna, Guam 96910 | **FROM**: | John W. San Nicolas II, U.S. Probation Officer<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[X] **Original Notice**      [ ] **Disposition of Original Notice**

Date: **August 6, 2007**            Date: _____

By: **Joaquin V.E. Manibusan, Jr.**        By: _____
    **U.S. Magistrate Judge**

---

| | | | |
|---|---|---|---|
| Defendant: | **SEOK, Jae Hoan** | Case Number: | **CRIMINAL Case #06-00088-001** |
| Date of Birth: | **XX-XX-1979** | Place of Birth: | **Korea** |
| SSN: | **N/A** | Alien ("A") Number: | **N/A** |

---

**NOTICE OF COURT ORDER** (Order Date:   **August 7, 2007**   )

[X]  The above-named defendant surrendered Passport Number **XXXXXX; XXXXXX; and XXXXXX**   (Issuing Country: **Korea** ) to the custody of the U.S. Probation Office on **Aug. 6, 2007** .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]  Defendant not convicted.

[ ]  Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
  ☐ Not Convicted - Document returned to defendant.
  ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)