**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: CR-06-00088-001	DATE: September 26, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori	Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez	Electronically Recorded: 3:39:50 - 4:00:45
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Jae Hoan Seok	Attorney: Mark E. Kondas
   Present   Custody   Bond   P.R.	   Present   Retained   FPD   CJA
U.S. Attorney: Frederick A. Black	U.S. Agent:
U.S. Probation: Maria Cruz	U.S. Marshal: G. Perez
Interpreter: Sung Woo Yoon	Language: Korean

**PROCEEDINGS: Change of Plea**
- Defendant orally waived his right to trial, judgment and sentencing by the District Judge and consented to disposition by the Magistrate Judge.
- Defendant sworn and examined.
- Pen and ink changes made to the plea agreement.
- Plea entered: Guilty to Fraud in Connection with Identification Documents.
- Plea: Accepted.
- Status Hearing set for: December 28, 2007 at 10:00 a.m.
- Defendant released as previously ordered by this Court.

NOTES: