1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagatna, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00088 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
|  | ) **Vacating Status Hearing and** |
| JAE HOAN SEOK, | ) **Setting Sentencing Date** |
| Defendant. | ) |

Upon the Stipulation by the parties,

**IT IS SO ORDERED** that the status hearing currently scheduled for December 28, 2007, is hereby vacated and a sentencing hearing shall be scheduled for January 24, 2008, at 9:30 a.m. The presentence report shall be provided to the parties no later than December 20, 2007. The parties shall file their responses to the presentence report and sentencing positions no later than January 3, 2008. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than January 17, 2008.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Oct 23, 2007**