Mark E. Kondas, Esq.
L.A. BAUMANN & ASSOCIATES
Suite 903, Pacific News Building
238 Archbishop Flores Street
Hagatna, Guam 96910
Tel: 477-9084

Attorney for Defendant Jae Hoan Seok

FILED
DISTRICT COURT OF GUAM
JAN 0 7 2008
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAE HOAN SEOK, ) <br> ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 07-00088 <br><br> **DEFENDANT'S STATEMENT OF POSITION TO PRESENTENCE** |

Defendant, Jae Hoan Seok, by and through his attorney, Mark E. Kondas, adopts the findings of the presentence report except for the minor error in paragraph thirty-three, which indicates he was born in 1970. The Defendant was actually born in 1979. Defendant respectfully requests the error be correct.

Respectfully submitted this 7th day of January 2008.

L.A. BAUMANN & ASSOCIATES

By: /s/ Mark E. Kondas
MARK E. KONDAS
Attorney for Defendant