# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00088      DATE: January 24, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 9:55:13 - 10:24:10
CSO: J. McDonald

**APPEARANCES:**

Defendant: Jae Hoan Seok      Attorney: Mark Kondas
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☐ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Carleen Borja      U.S. Marshal: R. Manglona
Interpreter: Sung W. Yoon      Language: Korean

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>timed served (3 days)</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of supervised release).
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.

NOTES: