ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
JOHN W. SAN NICOLAS II
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00088-001 |
| Plaintiff, | |
| vs. | **APPLICATION FOR RELEASE OF PASSPORT** |
| JAE HOAN SEOK, | |
| Defendant. | |

COMES NOW, U.S. Probation Officer John W. San Nicolas II, in the above-captioned case and requests for the release of Republic of Korea Passport Number XXXXXXXXX to the defendant, Jae Hoan Seok. The passport was surrendered to the custody of the U.S. Probation Office pending the disposition of this case. On January 24, 2008, Mr. Seok was sentenced to time served followed by a supervised release term of one year.

Dated this 28th day of January 2008.

/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer