PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

**NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT**

| **TO**: | Immigration and Customs Enforcement<br>Attn: Detention and Removal Operations<br>108 Hernan Cortez, Suite 100<br>Hagatna, Guam 96910 | **FROM**: | John W. San Nicolas II, U.S. Probation Officer<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|---|

☐ **Original Notice**          **X** **Disposition of Original Notice**

Date: **August 6, 2007**                Date: **January 25, 2008**

By: **Joaquin V.E. Manibusan, Jr.**           By: **Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**                     **U.S. Magistrate Judge**

Defendant: **SEOK, Jae Hoan**          Case Number: **CRIMINAL Case #06-00088-001**
Date of Birth: **XX-XX-1979**          Place of Birth: **Korea**
SSN: **N/A**          Alien ("A") Number: **N/A**

**NOTICE OF COURT ORDER** (Order Date: **August 7, 2007**)

**X** The above-named defendant surrendered Passport Number **XXXXXXX; XXXXXXX; and XXXXXXX**          (Issuing

   Country: **Korea** ) to the custody of the U.S. Probation Office on **Aug. 6, 2007**.

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted.

**X** Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
   ☐ Not Convicted - Document returned to defendant.
   ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
   ✓ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)